IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOAQUIN PACHECO TUM,

    Petitioner,

    v.                              Civil Action No. 3:26cv153

PAUL G. PERRY, *et al.*,

    Respondents.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS Petitioner Joaquin Pacheco Tum's Petition. (ECF No. 1.)

Respondents are ORDERED to provide Mr. Pacheco Tum with a bond hearing in front of an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

The Court ORDERS that the Immigration Court provide Mr. Pacheco Tum with a bond hearing prior to any hearing on the merits of his removal, and no later than three (3) days from the date of entry of this Order.

The Court further ORDERS that at that hearing, Respondents SHALL bear the burden of showing that Mr. Pacheco Tum is a danger or a flight risk by clear and convincing evidence.

Respondents are ENJOINED from denying bond to Mr. Pacheco Tum on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2).

Respondents are ORDERED to file a status report with this Court within three (3) days after Mr. Pacheco Tum's bond hearing and prior to any hearing on the merits, stating whether Mr. Pacheco Tum has been granted bond, and, if his request for bond was denied, the reason for

that denial. Simply stating that Mr. Pacheco Tum's request for bond was denied because he was deemed a "flight risk" or a "danger to the community," without more, is insufficient.

In the event that Mr. Pacheco Tum is released on bond, Respondents are ENJOINED from rearresting Mr. Pacheco Tum, unless he has committed a new violation of any federal, state, or local law, or has failed to attend any properly noticed immigration or court hearing or is subject to detention pursuant to a final order of removal.

Should Mr. Pacheco Tum be released on bond, Respondents are FURTHER ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2).[1]

It is SO ORDERED.

Date: 3/13/2026
Richmond, Virginia

/s/
M. Hannah Lauck
Chief United States District Judge

---

[1] Courts in this District have found that "the automatic stay provision imposed in immigration cases constitutes an unequivocal violation of due process." *Hasan v. Crawford*, 800 F. Supp. 3d 641, 661 (E.D. Va. 2025)

2